IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No. 05-cr-00270-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    KEVIN DEARING,

    Defendant.

---

## MINUTE ORDER
---

BY ORDER OF JUDGE LEWIS T. BABCOCK

    This will confirm that a supervised release violation hearing regarding Defendant Dearing is set **Wednesday, October 10, 2012 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present.

Dated: July 25, 2012